**FILED**
November 7, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>            Plaintiff,                          )<br>                                                            )<br>v.                                                       )<br>                                                            )<br>JANIS SANTANA PIRT ,                 )<br>                                                            )<br>            Defendant.                      ) | Case No. 2:11-CR-00468-WBS-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JANIS SANTANA PIRT</u>, Case No. <u>2:11-CR-00468-WBS-2</u>, Charge <u>Title 18 USC § 1343</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___     Release on Personal Recognizance

✔       Bail Posted in the Sum of $ <u>100,000 (co-signed)</u>

    ✔       Unsecured Appearance Bond

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    ✔       (Other)            <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 7, 2011</u> at <u>2:50</u> pm .

By  *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge