**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
　1477 Drew Avenue, Suite 106
　Davis, California 95618
　Telephone:　530.759.0700
　Facsimile:　530.759.0800

**Attorney for Defendant**
**JANIS SANTANA PIRT**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JANIS SANTANA PIRT, et al.<br><br>　　　　　Defendant. | Case No. CR. S-11 -00468 TLN<br><br>**AMENDED** STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>Time:　9:30 a.m.<br>Date:　March 20, 2014<br>Judge: Hon. Troy L. Nunley |

　　　IT IS HEREBY STIPULATED by and between the parties, UNITED STATES OF AMERICA, through its undersigned counsels of record, Assistant United States Attorney Michael D. Anderson, and defendant JANIS SANTANA PIRT, through her undersigned counsel of record, Joseph J. Wiseman, that the Sentencing Hearing presently set for **March 20, 2014**, be continued to **May 22, 2014**, at 9:30 a.m.

　　　The parties are entering this Stipulation due to a conflict with the March 20, 2014 date.

/ / / / /

/ / / / /

1

1  IT IS SO STIPULATED.

2

3  Dated:  March 13, 2014                    Respectfully submitted,

4                                             WISEMAN LAW GROUP, P.C.

5                                             By: /s/ Joseph J. Wiseman
6                                             JOSEPH J. WISEMAN

7                                             Attorney for Defendant
                                              Janis Santana Pirt
8

9

10  Dated: March 13, 2014                    Benjamin B. Wagner
                                             United States Attorney
11

12                                           By: /s/ Michael D. Anderson
                                             MICHAEL D. ANDERSON
13                                           Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOSEPH J. WISEMAN, ESQ., CSBN 107403
JENNIFER C. NOBLE, ESQ., CSBN 256952
WISEMAN LAW GROUP, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

Attorney for Defendant
JANIS SANTANA PIRT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-11-00468 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTINUING SENTENCING HEARING |
| v. | |
| JANIS SANTANA PIRT, et al. | ) Time:  9:30 a.m.<br>) Date:  March 20, 2014<br>) Judge:  Hon. Troy L. Nunley |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the Sentencing Hearing in the above-captioned case for defendant JANIS SANTANA PIRT, presently set for March 20, 2014, at 9:30 a.m., be continued to **May 22, 2014** at 9:30 a.m.

IT IS SO ORDERED.

Dated: March 14, 2014

_____
Troy L. Nunley
United States District Judge

3

Stipulation and Order to
Continue Sentencing Hearing

Case No.  CR. S-11-00468 TLN