1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **WISEMAN LAW GROUP, P.C.**
2     1477 Drew Avenue, Suite 106
      Davis, California 95618
3     Telephone:   530.759.0700
      Facsimile:    530.759.0800
4

5  **Attorney for Defendant**
   JANIS SANTANA PIRT

6

7                IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9                      SACRAMENTO DIVISION

10

11 UNITED STATES OF AMERICA,          )  Case No. 2:11-CR-00468 TLN
12                      Plaintiff,   )
13        vs.                         )  **STIPULATION AND ORDER TO**
                                      )  **MODIFY CONDITIONS OF**
14                                    )  **PROBATION**
                                      )
15 JANIS SANTANA PIRT,                )
16                      Defendants.  )
17 _____     )

18       It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF

19 AMERICA, through its counsel of record, Michael D. Anderson, Assistant United States

20 Attorney, and Defendant, JANIS SANTANA PIRT, through her counsel of record,

21 Joseph J. Wiseman, that Defendant's conditions of probation be modified to permit

22 Ms. Pirt to also travel within the Northern and Central Districts of California without

23 first seeking permission from her probation officer.

24       Ms. Pirt has completed one year of electronic monitoring without incident and

25 as of June 8, 2015, is no longer required to wear an ankle monitor. She is current with

26 her restitution payments. She is presently subject to a standard condition of

27 supervision that restricts her to the Eastern District of California, unless first getting

28 permission from her probation officer. She is requesting that this condition, Standard

1  Condition of Supervision No. 1, be expanded to permit her to travel within the
2  Northern and Central Districts of California without first seeking permission, so that
3  she can more easily visit her family in Los Angeles and Orange counties, and her in-
4  laws, who reside in Contra Costa County.
5        United States Probation Officer Vladimir Pajcin, who is supervising Ms. Pirt, has
6  no objection to the requested modification. All other conditions of supervision will
7  remain in effect.
8        Therefore, undersigned are entering into this stipulation to request this change
9  be made to defendant's conditions.
10  **It is so stipulated.**

11  Dated:  June 18, 2015            Respectfully submitted,

12                                   WISEMAN LAW GROUP, P.C.

13                                   By:    /s/ Joseph J. Wiseman

14                                        JOSEPH J. WISEMAN
                                          Attorney for Defendant
15                                        JANIS SANTANA PIRT

16

17  Dated:  June 18, 2015            BENJAMIN B. WAGNER
                                     United States Attorney
18

19                                   By:    /s/

20                                        MICHAEL D. ANDERSON
                                          Attorney for Plaintiff
21                                        UNITED STATES OF AMERICA

22
                                        **ORDER**
23

24

25  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the
26  conditions for supervised release of defendant, JANIS SANTANA PIRT, be modified
27  pursuant to the stipulation of the parties to modify Standard Condition of Supervision
28  No. 1, to read as follows:

1. The defendant shall not leave the Eastern, Northern, or Central Districts of California without permission of the court or probation officer;

All other conditions of probation shall remain in force.

Dated: June 18, 2015

_____
Troy L. Nunley
United States District Judge